RECEIVED
NOV 25 2024
U.S. District Court
Middle District of TN

IN THE UNITED STATES DISTRICT COURT
OF MIDDLE TENNESSEE
AT NASHVILLE

IAN HUNTER LUCAS )
*Plaintiff,* )
    V. ) Case No. 3:24-cv-01359
)
)
VANDERBILT UNIVERSITY et al. )
*Defendant.* )
)

## MOTION TO GRANT PRO SE PLAINTIFF ACCESS TO THE ELECTRONIC FILING SYSTEM

Ian Hunter Lucas, the Plaintiff in the above-captioned matter, respectfully requests that this Honorable Court grant him access to the Court's electronic filing system (CM/ECF). In support of this motion, the Plaintiff states as follows:

1. **Pro Se Status:** Plaintiff is representing himself in this matter and has filed all documents independently without legal counsel.
2. **Efficiency and Accessibility:** Access to the electronic filing system would enable more efficient filing and service of documents. It would also ensure the timely receipt of documents from the Court and other parties involved.
3. **Technical Capability:** Plaintiff possesses the necessary technical skills and resources to use the electronic filing system effectively and responsibly.
4. **Court's Discretion:** The Court has the discretion to grant such access to pro se litigants and has done so in other cases when deemed appropriate.
5. **Precedent for Access:** Other courts have routinely permitted pro se litigants access to electronic filing systems to enhance judicial efficiency and ensure fair treatment of self-represented individuals.

WHEREFORE, the Plaintiff respectfully requests that this Court grant him access to the electronic filing system for the purpose of filing and receiving documents electronically in this case.

Respectfully submitted,

*/s/ Ian H. Lucas*
**Ian H. Lucas**
Pro Se Plaintiff
PMB 61
Elizabethtown, NC, 28337
(910) 872-3577
ianhunterlucas@outlook.com
**Dated:** November 16, 2024

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Motion to Grant Plaintiff Access to the Electronic Filing System has been served via electronic system on this 16th day of November 2024, to all parties of record.

Respectfully Submitted,

/s/ Ian H. Lucas

**Ian H. Lucas**
Pro Se Plaintiff

ORIGIN ID:FAYA (910) 872-3577  SHIP DATE: 20NOV24
IAN LUCAS                       ACTWGT: 0.15 LB
379 HAPPY VALLEY RD             CAD: 6570811/ROSA2570

ELIZABETHTOWN, NC 28337
UNITED STATES US

TO FRED D THOMPSON
   U.S COURTHOUSE & FEDERAL BUILDING
   719 CHURCH ST      RECEIVED
   STE 1300
   NASHVILLE TN 37203  NOV 25 2024
   (000) 000-0000   REF:  U.S. District Court
                          Middle District of TN

FedEx Express  E

TRK# 7700 9975 3703        FRI - 22 NOV 5:00P
0201                              ** 2DAY **

S4 RNCA                         37203
                             TN-US  BNA

RT 216
FZ 215
6
17:00 A
3703
11.22

Envelope
Recycle me