IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISON

| | | |
|---|---|---|
| **IAN HUNTER LUCAS**<br>*Plaintiff,*<br>　　　　V.<br><br><br>**VANDERBILT UNIVERSITY et al.**<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.:**<br>**3:24−cv−01359**<br><br>**JURY DEMAND**<br>**JUDGE:**<br>**Richardson**<br><br>**MAGISTRATE:**<br>**Frensley** |

## MOTION TO SCHEDULE CASE MANAGEMENT CONFERENCE AND ISSUE CASE MANAGEMENT ORDER

Plaintiff, Ian Hunter Lucas, proceeding pro se, respectfully moves this Honorable Court to schedule a Case Management Conference and to issue a Case Management Order in the above-captioned matter. In support of this motion, Plaintiff states as follows:

1. **Purpose of the Case Management Conference**

    A Case Management Conference is necessary to establish a timeline for the progression of this case, including deadlines for discovery, motions, and other pretrial matters.

2. **Efficient Case Progression**

    Scheduling a Case Management Conference will facilitate the efficient progression of this case and assist in the fair and timely resolution of the matters in dispute.

3. **Proposed Dates**

    The Plaintiff is available for a Case Management Conference on the following dates: [insert your available dates]. Plaintiff respectfully requests that the Court schedule the conference at a mutually convenient time for all parties.

Page 1 of 3
Case 3:24-cv-01359    Document 12    Filed 11/27/24    Page 1 of 3 PageID #: 223

4. **Conclusion**

   For the reasons stated above, Plaintiff respectfully requests that this Court schedule a Case Management Conference and issue a Case Management Order to set forth the deadlines and procedures governing this action.

Respectfully submitted,

Dated: November 22, 2024

*/s/ Ian H. Lucas*
**Ian H. Lucas**
Pro Se Plaintiff
PMB 61
Elizabethtown, NC, 28337
(910) 872-3577
ianhunterlucas@outlook.com
**Dated:** November 16, 2024

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing Motion to Schedule Case Management Conference and Issue Case Management Order has been filed and served via the Court's CM/ECF system, which will automatically send notification to all counsel of record, on this 22nd day of November 2024.

Respectfully submitted,

/s/ Ian H. Lucas

Ian H. Lucas

Pro Se Plaintiff