IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IAN HUNTER LUCAS | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 3:24-CV-01359 |
| | ) | |
| VANDERBILT UNIVERSITY et al. | ) | |
| Defendant | ) | |

**PLAINTIFF'S PROPOSED ORDER FOR TEMPORARY RESTRAINING ORDER**

**I. Introduction**

This matter is before the court on the Plaintiff's motion for a Temporary Restraining Order (TRO). The

Plaintiff seeks relief as set forth in the accompanying motion, affidavit, and memorandum of law, all filed

in strict compliance with the Federal Rules of Civil Procedure and the Local Rules of the Court.

**II. Background**

Having reviewed the Plaintiff's motion, affidavit, memorandum of law, and all other related documents

filed in support, the Court makes the following findings:

1. The Plaintiff has demonstrated a likelihood of success on the merits of the case;

2. The Plaintiff is likely to suffer irreparable harm in the absence of the requested TRO;

3. The balance of equities tips in the Plaintiff's favor;

4. Issuance of the TRO is in the public interest.

**III. Order**

The Court hereby orders:

1. The Defendant, Vanderbilt University, and all those acting in concert with it, are temporarily

   restrained and enjoined from continuing their discriminatory actions and are required to provide

   reasonable accommodations necessary for Plaintiff, Ian Hunter Lucas, to resume his education;

2. This Temporary Restraining Order shall remain in effect until the conclusion of the hearing on

   the preliminary injunction on December 11, 2024, or until further order of the Court;

3. A hearing on Plaintiff's request for a preliminary injunction shall be conducted on December 11,

2024, at 10:00 AM, in the United States District Court for the Middle District of Tennessee;

4. Plaintiff shall serve a copy of this order upon the Defendant and file a certificate of service with the Court immediately;

5. Defendant is ordered to file and serve a response to Plaintiff's Motion for Temporary Restraining Order and any supporting evidence by the close of business on December 6, 2024;

6. Plaintiff may file and serve a reply to Defendant's response by the close of business on December 9, 2024;

7. The parties are directed to Local Rule 19 for information regarding hearings on requests for extraordinary relief in civil cases;

8. The Plaintiff shall post a bond in the amount of $500 as security pursuant to Federal Rule of Civil Procedure 65(c).

It is so ORDERED.

DATED this ____ day of _____ 2024.

_____

United States District Judge

Respectfully Prepared,

*/s/ Ian H. Lucas*
**Ian H. Lucas**
Pro Se
PMB 61
Elizabethtown, NC, 28337
(910) 872-3577
Ian.h.lucas@protonmail.com

*Plaintiff Pro Se*

**Certificate of Service**

*I hereby certify that a true and correct copy of the foregoing <u>Proposed Order for Plaintiffs Temporary Restraining Order</u> has been filed and served via the Court's CM/ECF system, which will automatically send notification to all counsel of record, on this 27th day of November 2024.*
*Respectfully submitted,*

<u>*/s/ Ian H. Lucas*</u>
**Ian H. Lucas**
Pro Se Plaintiff

2