IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IAN HUNTER LUCAS )
    Plaintiff )
  )
vs. ) No. 3:24-CV-01359
  )
VANDERBILT UNIVERSITY et al. )
    Defendant )

## EXPEDITED MOTION TO COMPEL MEDIATION

COMES NOW, the Plaintiff, Ian Hunter Lucas, acting pro se, and hereby moves this Honorable Court to compel mediation in the matter against the Defendant, Vanderbilt University. In support of this Motion, Plaintiff states as follows:

### *Background*

1. The Plaintiff has initiated this action against the Defendant alleging discrimination based on disability, retaliation, breach of contract, and other wrongful actions that have resulted in significant harm to Plaintiffs academic and professional future.

2. Plaintiff asserts that mediation could provide an efficient, cost-effective, and amicable resolution to the disputes between the parties.

### *Argument*

1. **Judicial Economy and Efficiency:** Conducting mediation will save the court's valuable time and resources by potentially resolving the matter without the need for prolonged litigation.

2. **Cost-Effective Resolution:** Mediation offers a less expensive alternative to the parties compared to a full trial.

3. **Potential for Amicable Settlement:** Mediation provides a forum for the parties to negotiate and reach a mutually agreeable solution that preserves relationships and fosters understanding.

4. **Precedential Support:** Courts frequently endorse mediation as a beneficial step in litigation, ensuring a more efficient and satisfactory resolution.

*Relief Sought*

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court grant this Motion and order the following relief:

1. Compel mediation for the parties within a specified timeframe.
2. Require that all parties participate in the mediation process in good faith.
3. Stay all proceedings in this matter until after the completion of mediation.
4. Any other relief that the Court deems just and proper.

Respectfully submitted,

*/s/ Ian Hunter Lucas*

**Ian Hunter Lucas**
Pro Se Plaintiff
PMB 61
Elizabethtown, NC, 28337
ianhunterlucas@outlook.com
Date: December 2, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December 2024, a true and correct copy of the foregoing Expedited Motion to Compel Mediation was filed electronically. Notice of this filing will be sent by the Courts electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Courts electronic filing system.

Respectfully submitted,

*/s/ Ian Hunter Lucas*

**Ian Hunter Lucas**
Pro Se Plaintiff
PMB 61
Elizabethtown, NC, 28337
ianhunterlucas@outlook.com