IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS, ) | |
|     Plaintiff, ) | Civil Action No. 3:23-cv-01359 |
| ) | |
| v. ) | Judge Richardson/Frensley |
| ) | |
| VANDERBILT UNIVERSITY et al. ) | |
|     Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff **Ian Hunter Lucas** hereby provides notice of the voluntary dismissal of this action, **without prejudice**.

Defendants have neither filed an answer to the complaint nor a motion for summary judgment. Accordingly, dismissal pursuant to Rule 41(a)(1)(A)(i) is proper and effective upon filing of this notice.

Respectfully submitted,

*/s/ Ian Lucas*

**IAN HUNTER LUCAS**
**Plaintiff Pro Se**
PMB 61, Elizabethtown, NC 28337
(910) 872-3577
ian.h.lucas@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th of December 2024, I electronically filed the foregoing **Notice of Voluntary Dismissal** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Respectfully submitted,

*/s/ Ian H. Lucas*
IAN H. LUCAS
Pro Se
PMB 61
Elizabethtown, North Carolina, 28337
910-872-3577
Ian.h.lucas@protonmail.com