IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>VANDERBILT UNIVERSITY et al. )<br>    Defendants. ) | Civil Action No. 3:23-cv-01359<br><br>Judge Richardson/Frensley |

**PLAINTIFF'S MOTION TO STRIKE PREVIOUS NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Ian Hunter Lucas, proceeding *pro se*, hereby provides notice to the Court and the parties that he seeks to withdraw and strike the "Notice of Voluntary Dismissal" filed on December 06, 2024 (Doc. No. 22).

In support of this request, Plaintiff states as follows:

1. On December 06, 2024, Plaintiff filed a "Notice of Voluntary Dismissal" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. On December 12, 2024, Plaintiff discovered new evidence relevant to the claims asserted in this action. This newly discovered evidence significantly impacts Plaintiff's case and was not available at the time of filing the Notice of Voluntary Dismissal.

3. Due to this new and material evidence, Plaintiff seeks to retract and strike the previous Notice of Voluntary Dismissal so that the Court may consider the case on its merits and Plaintiff may properly present the newly discovered evidence.

4. Plaintiff respectfully requests that the Court strike the previously filed "Notice of Voluntary Dismissal" and restore the case to the active docket. In the alternative, if the Court deems the dismissal effective upon filing, Plaintiff requests that the Court treat this filing as a Motion for Relief from a Judgment or Order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and grant relief accordingly.

Dated: December 12, 2024,

                Respectfully submitted,

          */s/ Ian Hunter Lucas*
          **IAN HUNTER LUCAS**
          Plaintiff, Pro Se
          PMB 61, Elizabethtown, NC, 28337
          (910) 872-3577
          Ian.h.lucas@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2024, a copy of the foregoing Motion to Strike Plaintiffs previously filed Notice of Voluntary Dismissal was served upon all counsel of record via the Court's electronic filing system (CM/ECF).

*/s/ Ian Hunter Lucas*
**IAN HUNTER LUCAS**