IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS, | ) |
| | ) |
| Plaintiff, | ) NO. 3:24-cv-01359 |
| | ) |
| v. | ) JUDGE RICHARDSON |
| | ) |
| VANDERBILT UNIVERSITY, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

On December 7, 2024, Plaintiff filed a "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A)(i). (Doc. No. 22). The Notice was proper because, as Plaintiff notes therein, it was filed before any answer or motion for summary judgment had been filed. (*Id.* at 1). A document properly filed under Rule 41(a)(1)(A)—meaning a plaintiff's (unilateral) notice of voluntary dismissal under Rule 41(a)(1)(A)(i) or a joint stipulation of dismissal under Rule 41(a)(1)(A)(ii)—is self-effectuating; by its own terms, it terminates the case without any action on the part of this court. *See, e.g., Island Tile & Marble, LLC v. Bertrand*, 57 V.I. 596, 610 (2012) ("Federal courts have consistently held that Federal Rule 41(a)(1)(A)(i), by its own terms, automatically terminates the litigation upon its mere filing by the parties."); *United States v. Washington*, 887 F. Supp. 2d 1077, 1093 (D. Mont. 2012) (noting that when a stipulation is properly filed under "Fed. R. Civ. P. 41(a)(1)(A)(ii), [it] does not require an order of the court for dismissal to take effect"), *adhered to on reconsideration,* No. CR 11-61-M-DLC, 2012 WL 4602838 (D. Mont. Oct. 2, 2012). As the Notice itself reflects, Plaintiff was quite aware of this. (Doc. No. 22 at 1) ("Accordingly, dismissal [without prejudice] pursuant to Rule 41(a)(1)(A)(i) is proper and effective upon filing of this notice.").

Since the filing of the Notice, Plaintiff has filed several documents under this same case number, including a motion (Doc. No. 24) to strike the Notice. But these filings are of no effect because this action

was terminated upon the filing of the Notice. If Plaintiff wishes to seek any relief, he must file a new lawsuit, following all procedures and requirements for properly doing so. Of course, the Court currently takes no position on any aspect of the outcome of such a suit should Plaintiff file one.

The Court reiterates that this case remains closed, and the Clerk shall note that the file is closed.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE