IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IAN HUNTER LUCAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:24-CV-01359 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| VANDERBILT UNIVERSITY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

As explained in the Court's prior order (Doc. No. 27), this case was dismissed upon the Plaintiff's filing of a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), and this case is closed.[1] The motion to disqualify Judge Eli J. Richardson (Doc. No. 29), filed by Plaintiff, is thus moot, and the Clerk's Office is directed to terminate it. The case remains CLOSED.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's objections (Doc. No. 28) to the Court's order dismissing the case are not cognizable and thus will not be reviewed by the Court; the Court expresses no opinion on whether those objections serve some proper purpose in connection with "any future proceedings or appellate review." (Doc. No. 28 at 3).